FILED
CLERK, U.S. DISTRICT COURT

AUG 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority ✓
Send ✓
Enter
Closed ✓
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED CABALLERO, | NO. CV 07-6453-JFW(E) |
| Petitioner, | |
| v. | JUDGMENT |
| J.T. HARTLEY, Warden, | |
| Respondent. | |

Pursuant to the "Order Dismissing Petition Without Prejudice,"

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _____, 2008.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE